No. 86–1415. MARINO ET AL. *v.* ORTIZ ET AL.; and COSTELLO ET AL. *v.* NEW YORK CITY POLICE DEPARTMENT ET AL. C. A. 2d Cir. [Certiorari granted, 481 U. S. 1047 and 482 U. S. 912.] Motion of the Solicitor General to permit Glen D. Nager, Esq., to present oral argument *pro hac vice* granted.

No. 86–7009. IN RE SHIBUYA;
No. 86–7012. IN RE SHIBUYA; and
No. 87–5032. IN RE SHIBUYA, *ante,* p. 811. Motion of petitioner for reconsideration of order denying motions for leave to proceed *in forma pauperis* denied.

No. 87–170. COPLEY ET AL. *v.* HEIL-QUAKER CORP. ET AL. Appeal from C. A. 6th Cir. Motion of appellants to expedite consideration and/or to consolidate this case with No. 87–367, *Bendix Autolite Corp.* v. *Midwesco Enterprises, Inc.* [probable jurisdiction noted, *ante,* p. 923], denied.

No. 87–5489. BENNETT *v.* NORTH AMERICAN VAN LINES ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 7, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 87–580. IN RE POLYAK. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 87–505. CHICK KAM CHOO ET AL. *v.* EXXON CORP. ET AL. C. A. 5th Cir. Certiorari granted.

No. 86–2003. BRAUNER *v.* MCCONNELL ET AL. C. A. 6th Cir. Certiorari denied.